IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA
*ex rel.,* LAWRENCE WALDMAN and
PATRICIA CLARK,

    Plaintiffs,

vs.                                                      Case: 2:14-cv-716-FtM-38CM

JOANNE T. KOWALSKI; ACE HOMECARE,
LLC; BROOKDALE HOME HEALTH, LLC
(FORMERLY KNOWN AS INNOVATIVE SENIOR
CARE HOME HEALTH OF TAMPA, LLC);
BROOKEDALE SENIOR LIVING, INC.;
COMPREHENSIVE HOME CARE OF SOUTHWEST
FLORIDA, LLC; COMPREHENSIVE WELLNESS
SERVICES, INC.; INFINITY HOME CARE, LLC;
INFINITY HOME CARE OF PORT CHARLOTTE,
LLC; NURSE ON CALL, INC.; AND
NURSE-ON-CALL HOME CARE, INC.,

    Defendants.
_____/

## GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(c)(3), which allows Relators to maintain the action in the name of the United States--subject, however, to the proscription of § 3730(b)(1) that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should Relators or Defendants propose that this action be dismissed, settled, or otherwise

1



discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relators' Complaint, this Notice, and any Order issued as a result of this notice be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully Submitted,

A. LEE BENTLEY, III
United States Attorney

by: /s/ Kyle Cohen

KYLE S. COHEN
Assistant United States Attorney
Florida Bar No. 0829951
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: kyle.cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2016, a true and correct copy of the foregoing motion was sent by United States mail to the following parties:

Amy S. Tingly, Esquire
Stovash, Case & Tingley, P.A.
The VUE at Lake Eola
220 North Rosalind Avenue
Orlando, FL. 32801

John L. Sinatra
Hudgson Russ, LLP.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040

_____
KYLE S. COHEN
Assistant United States Attorney